DAVID M. GREELEY (SBN 198520)
GREELEY LAW, APC
1350 Columbia Street, Suite 403
San Diego, California 92101
Telephone: (619) 658-0462
Email: david@greeley.law

ARIELLE STEPHENSON (SBN 336434)
MITCHELL SANDLER, PLLC
1120 20th Street, NW, Suite 725
Washington, DC 20036
Telephone: (202) 886-5260
astephenson@mitchellsandler.com

*Attorneys for Petitioner NEXA Mortgage, LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXA MORTGAGE, LLC,<br><br>               Petitioner,<br><br>v.<br><br>DAMIAN DIAZ, individually, and on behalf of all others similarly situated,<br><br>               Defendants. | CASE NO.: 3:24-cv-00061-BEN-MMP<br><br>**PETITIONER NEXA MORTGAGE LLC'S NOTICE OF DISMISSAL**<br><br>Hon. Roger T. Benitez<br>Magistrate Judge Michelle M. Pettit<br><br>Hearing Date: None Set<br>Trial Date: None Set |

**PLEASE TAKE NOTICE** that Petitioner NEXA Mortgage, LLC ("NEXA"), through its attorneys, hereby files this notice dismissing its Petition in this matter, without prejudice, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure. Defendants have not yet answered or filed any other responsive pleading in this case.

This matter does not require the Court's review and issuance of an order prior to a request for dismissal as discussed in Rule 41(a).

Dated: June 14, 2024         Respectfully Submitted:

GREELEY LAW, APC

*/s/ David M. Greeley*
David M. Greeley (SBN 198520)
1350 Columbia Street, Suite 403
San Diego, California 92101
Telephone: (619) 658-0462
Email: david@greeley.law

MITCHELL SANDLER, PLLC

*/s/ Arielle Stephenson*
Arielle Stephenson (SBN: 336434)
1120 20th Street NW, Suite 725
Washington, D.C. 20036
Telephone: (202) 794-5258
Email: astephenson@mitchellsandler.com

*Attorneys for Petitioner NEXA Mortgage, LLC*